# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3260

_____

| | | |
|---|---|---|
| Jason R. Stanford, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ogden Aviation Services; | * | Western District of Missouri. |
| International Association of Machinists | * | |
| and Aerospace Workers; Dennis J. | * | |
| Cooper; Judith Brandt, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: October 3, 2000
Filed: October 10, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Jason R. Stanford, an African American male, appeals from the district court's[1] grant of summary judgment to defendants in his action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and § 301 of the National Labor Management Relations Act, 29 U.S.C. § 185. After de novo review, see Rose-Maston

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

v. NME Hosps., Inc., 133 F.3d 1104, 1107 (8th Cir. 1998), we conclude the district court's judgment was proper for the reasons stated in its thorough opinion. Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.